IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TIMOTHY WEBSTER, ) | Civil Action No. 7:16-cv-00487 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| BOBBY RUSSELL, <u>et al.</u>, ) | By: | Hon. Robert S. Ballou |
|     Defendants. ) | | United States Magistrate Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that defendants' motion to dismiss is **DENIED**, and defendants shall **FILE** a motion for summary judgment supported by affidavit(s) within thirty days pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

        Enter: September 26, 2017

        /s/ Robert S. Ballou

        Robert S. Ballou
        United States Magistrate Judge